UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 8:13-cr-229-T-30MAP

LINDA RODRIGUEZ

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture (Doc. 57) for the following assets:

a.  $5,306.00 United States currency, recovered by the Federal Bureau of Investigation and the Hillsborough County Sheriff's Office on April 11, 2013;

b.  A 1999 GMC "dually" style pickup truck, bearing Florida license plate number ARIU09 and Vehicle Identification Number 1GTHK33J2XF094232; and

c.  The real property located at 7748 Brettonwood Drive, Tampa, Florida, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

LOT 23, BLOCK 1, CYPRESS TREE, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 48, PAGE 19, OF THE PUBLICA RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

Parcel ID: U-23-28-17-07V-000001-00023.0.

Being fully advised of the relevant facts, the Court hereby finds that the assets represent proceeds derived from, or property that facilitated, the conspiracy charged in Count One to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 57) is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

**DONE** and **ORDERED** in Tampa, Florida on August 19, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2013\13-cr-229 forfeit 57.wpd

2